TEXAS COURT OF CRIMINAL APPEALS WRIT NO.

WR-83,563-01
WR-83,563-02
(UNKNOWN TO ME)

HUNT COUNTY WRIT NO <u>08329 & 08328</u>

EX PARTE

CHAD EUGENE APPLETON

§
§
§
§
§

IN THE TEXAS COURT
OF CRIMINAL APPEALS
IN AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

OBJECTION TO STATES DENIAL OF CLAIMS
RAISED IN WRIT NO <u>08329 & 08328</u>

APPLICANT SUBMITTED HIS WRIT ON MONDAY JUNE 15TH 2015 TO HUNT COUNTY DISTRICT CLERK. ON MONDAY JULY 13TH 2015 APPLICANT RECIEVED A DENIAL BY THE HUNT COUNTY DISTRICT ATTORNEY. TODAY IS FRIDAY JULY 17TH, 2015 AND APPLICANT IS FIRMLY OBJECTING TO ANY DENIALS BY THE STATE OR TRIAL COURT AND REASSERTS ALL CLAIMS/GROUNDS, AND IS REQUESTING A EVIDENTUARY HEARING ORDERED TO PROVE ALL FACTS PRETAINING TO GROUNDS IN WRIT 08329.

APPLICANT REQUESTS THAT ORIGINAL FACT FINDER (TRIAL COURT) BE ORDERED TO VIEW ALL EVIDENCE THAT PROVES BEYOND THE PREPONDERANCE OF THE EVIDENCE THAT APPLICANT IS INNOCENT. THIS WOULD INCLUDE BUT NOT BE LIMITED TO VIDEO FROM WAL-MART SURVEILANCE OF APPLICANT GETTING INTO PASSENGER SIDE OF VEHICLE, AFFIDAVIT (WRIT EXHIBIT "D-1") FROM ACTUAL DRIVER BETTY BAREFIELD, SENTENCING ORDER (WRIT EXHIBIT "C-1") SHOWING BETTY BAREFIELD WAS SENTENCED ONE WEEK AFTER APPLICANT AS BEING THE DRIVER. - APPLICANT WILL ASSERT THAT TWO PEOPLE CAN NOT DRIVE ONE VEHICLE AT THE SAME TIME.

APPLICANT HAS YET TO RECIEVE A RESPONSE FROM TRIAL COURT, BUT APPLICANTS MOTHER HAS SPOKEN TO HUNT COUNTY AND THEY TOLD HER THAT WRIT WAS ON ITS WAY C.C.A. IN AUSTIN TEXAS. THUS APPLICANT IS UNDER THE IMPRESSION THAT WRIT HAS BEEN DENIED AND PRAYS THAT THE C.C.A IN AUSTIN TEXAS WILL NOT DENY SAID WRIT SOLELY ON A RECOMENDATION FROM STATE AND TRIAL COURT.

APPLICANT IS ATTACHING A COPY OF THE AIFFIDAVIT THAT BETTY BAREFIELD MADE UNDER PENALTY OF PERJURY THAT SHE WAS THE

DRIVER, AND APPLICANT WAS BEGGING HER TO STOP EVADING ARREST. (SEE ATTACHED EXHIBIT). WHICH PROVES APPLICANTS INNOCENSE BEYOND A PREPONDERANCE OF THE EVIDENCE, AND FIRMLY SUPPORTS HIS CLAIM OF ACTUAL INNOCENSE.

THE STATE AND TRIAL COURT HAS IGNORED IN BAD FAITH SAID AFFIDAVIT, AS WELL AS NUMEROUS VIDEOS SUPPORT THE CLAIM. THE STATES ATTORNEY KNOWS APPLICANT IS ACTUALLY INNOCENT AND MAKES APPLICANTS CASE FOR HIM IN VOL 9 OF COURT REPORTERS RECORD, AS DISTRICT ATTORNEY CONTINUALLY STATES THAT APPLICANT IS NOT THE DRIVER, BUT APPLICANT POINTS TO WRIT EXHIBIT "B-1" WHICH IS A COPY OF APPLICANTS INDICTMENT AND NOWHERE DOES SAID INDICTMENT SAY THAT APPLICANT ACTED WITH ANOTHER PERSON, SO TO SAY APPLICANT WAS A PARTY IS ABSURED, AND AGAIN APPLICANT WOULD POINT TO AFFADAVIT THAT CLEARLY SAYS HE WAS BEGGING BETZY BAREFIELD TO STOP EVADING ARREST.

APPLICANT WOULD LIKE TO ADDRESS PAGE TWO OF STATES DENIAL. DISTRICT ATTORNEY POINTS TO APPLICANT STATING ON AUGUST 19TH THAT HE WISHED TO GO FORTH WITH "SENTENCING" TODAY, BUT STATE REQUESTED THAT HEARING BE POSTPONED UNTIL NEXT DAY AUGUST 20TH, AT WHICH THE STATE INTRODUCED EXHIBIT # 26 WHICH WAS USED TO PROVE ENHANCEMENT AND CAUGHT APPLICANT COMPLETELY OFF GUARD, AS HE WAS NOT ALLOWED ANYTIME TO PREPARE FOR THAT DOCUMENT.

APPLICANT FURTHER ASSERTS HAD HIS COUNSEL BEEN EFFECTIVE AND PREPARED ADEQUETLY APPLICANT WOULD HAVE NEVER PLEAD GUILTY TO A CHARGE HE WAS IN FACT INNOCENT OF, AND WOULD HAVE DEMANDED TO BE TRIED IN FRONT OF A JURY OF HIS PEERS.

APPLICANT PRAYS THAT HONORABLE COURT WILL SEE THAT A EVIDENTUARY HEARING IS ORDERED AND AFFIDAVITS FROM DEFENSE COUNSEL WILLEFORD, AND DISTRICT ATTORNEY GROGAN ARE ISSUED TO FURTHER PROVE APPLICANTS INNOCENSE.

RESPECTFULLY SUBMITTED

CHAD Appleton

CHAD EUGENE APPLETON
# 1879585
3899 STATE HWY 98
NEW BOSTON, TX
75570